**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHASE ANDERSON ROMAGNANO,**

      **Plaintiff,**

**vs.**                                     **Case No.: 3:25cv2650/MCR/ZCB**

**RONALD DION DESANTIS,**

      **Defendant.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on February 23, 2026, ECF No. 5.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2.     Plaintiff's complaint, ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction, failure to state a claim upon which relief may be granted under

1

28 U.S.C. § 1915(e)(2)(B)(ii), and for seeking monetary relief against a defendant who is immune under 28 U.S.C. § 1915(e)(2)(B)(iii).

3.       The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 4th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**